# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT LANCE MILLER, | : | Civil No. 1:23-CV-01461 |
| Plaintiff, | : | |
| v. | : | |
| PETE HEGSETH, Secretary, United States Department of Defense | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 12th day of March, 2025, in accordance with the accompanying memorandum of law, **IT IS ORDERED** that Plaintiff's appeal from the final decision of the Merit Systems Protection Board is **DENIED**. (Doc. 17.) A telephone status conference is scheduled for **March 26, 2025, at 9:30 a.m.** to discuss the status of this case. The parties shall call-in using the conference calling number 717-638-8977 and access code 432 592 125 #.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania
